IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROY HINES, an
individual,

        Plaintiff,

v.                                         Civil Action No. 3:08cv235/WHA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, a corporation,

        Defendants.

**PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT**

Plaintiff, Roy Hines, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Middle District of Alabama's General Order No. 3047, hereby certifies that he is aware of no reportable relationships.

        Respectfully submitted,

        /s/ John M. Pennington
        John M. Pennington, Attorney
        Counsel for Plaintiff
        4000 Eagle Point Corporate Dr.
        Suite 100
        Birmingham, Alabama 35242
        (205) 314-5735
        Ala. Bar No. ASB-6905-N52J