| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>**The Corporation Company**   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>The Corporation Company   4/2/08 |
| 1. Article Addressed to:<br><br>The Prudential Insurance<br>Company of America<br>c/o Laura Payne<br>2000 Interstate Park Dr., Ste. 204<br>Montgomery, AL 36109<br><br>08cv235  S+C | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0006 0995 9770 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540