IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROY HINES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:08-CV-235-WHA |
| | ) |
| THE PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW The Prudential Insurance Company of America ("Prudential"), Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Prudential Holdings, LLC | Parent |
| Prudential Financial, Inc. (NYSE: "PRU") | Parent |

_____
Attorney for The Prudential Insurance
Company of America

Terrence W. McCarthy (MCCAT7406)
*tmccarthy@lightfootlaw.com*
Wesley B. Gilchrist (GILCW4083)
*wgilchrist@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203

Telephone (205) 581-0700
Facsimile (205) 581-0799

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of April, 2008, a true and correct copy of the foregoing was served on the following counsel of record as indicated:

John M. Pennington, Esq.
Attorney at Law
4000 Eagle Point Corporate Dr., Ste. 100
Birmingham, AL 35242
electronic notice through CM/ECF

_____
Of Counsel