IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROY HINES, an
individual,

        Plaintiff,

v.                                             Civil Action No. 3:08cv235/WHA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, a corporation,

        Defendants.

**NOTICE OF CHANGE OF ADDRESS**

Counsel for Plaintiff hereby gives notice of his change of address. Counsel's new address is as follows:

    John M. Pennington
    Pennington Law Firm, LLC
    1023 Edenton Street                .
    Birmingham, Alabama 35242

    /s/ John M. Pennington
    John M. Pennington, Counsel
        for Plantiff
    1023 Edenton Street
    Birmingham, Alabama 35242
    (205) 314-5735
    Ala. Bar No. ASB-6905-N52J

CERTIFICATE OF SERVICE

      This is to certify that on the 7th day of May, 2008, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/EDF system, which automatically will notify Defendant's attorney.

                                        /s/ John M. Pennington
                                        Of Counsel