IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROY HINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:08cv235-WHA |
| | ) |
| THE PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' opposing contentions regarding discovery beyond the administrative record, contained in ¶ 3 of the Report of Parties Planning Meeting (Doc. #10), it is hereby ORDERED as follows:

The parties are advised that this matter will be resolved upon the Plaintiff's filing of a motion or motions requesting authority to conduct specific discovery beyond the administrative record, including copies of any proposed written interrogatories, the names and capacities of any witnesses sought to be deposed along with specific details of information sought from the witness, together with briefs in support of Plaintiff's contention that such discovery should be authorized.  Defendant will be given an opportunity to respond.

DONE this 20th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE