IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROY HINES, | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| | § | |
| vs. | § | NO.   3:08-cv-235-WHA |
| | § | |
| THE PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and defendant hereby stipulate to the dismissal with prejudice of all claims asserted in this action.


_____
John M. Pennington
Attorney for Plaintiff
THE PENNINGTON LAW FIRM, L.L.C.
1023 Edenton Street
Birmingham, Alabama 35242
Telephone: (205) 314-5735



_____
Terrence W. McCarthy
Wesley B. Gilchrist
Attorneys for Defendant
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203-3200
Telephone: (205) 581-0700
Fax: (205) 581-0799